**UNITED STATES DISTRICT COURT**
**DISTRICT OF FOURTH OF MINNESOTA**

Trustees of Twin Cities Bakery Workers Health and Welfare Fund and Trustees of the Minnesota Bakers Union Pension Fund,,

Plaintiffs,

vs.

Lincoln Baking Company,

Defendant.

**Civil No. 00-CV-167 PAM/JGL**

**STIPULATION TO EXTEND TIME AND ORDER**

Plaintiffs and Defendant, through their duly authorized counsel of record, hereby stipulate and agree as follows:

1. Defendant Lincoln Baking Company may have until and including February 23, 2000, to answer, plead or otherwise respond to the Plaintiffs' Complaint in this action.

2. The parties join in requesting that the Court enter the attached proposed Order granting this extension of time.

Dated: February 14, 2000

FAEGRE & BENSON LLP

Ahna Thoresen

Ahna M. Thoresen, #270659
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendant

M2:20294407.01

FILED FEB 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2-14, 2000

FELHABER, LARSON, FENLON & VOGT, P.A.

Frederick W. Vogt, #261361
601 Second Avenue South
Suite 4200
Minneapolis, MN 55402-4302
612/339-6321

Attorneys for Plaintiffs

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ordered that Defendant Lincoln Baking Company shall have until and including February 23, 2000, to answer, plead or otherwise respond to Plaintiffs' Complaint in this action.

Dated: Feb 22, 2000

Magistrate Judge Jonathan Lebedoff
United States District Court

M2:20294407.01