UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Twin Cities Bakery Workers Health
and Welfare Plane,

Plaintiff, Civil 00-167 PAM/JGL

v.

Lincoln Baking Co.

Defendant.

---

**NOTICE OF RESCHEDULED PRETRIAL CONFERENCE**

The pretrial conference in the matter captioned above, has been re-scheduled for Friday, June 30, 2000 @ 9:00 A.M. before the Honorable Paul A. Magnuson.

Dated: June 20, 2000

FRANCIS E. DOSAL,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

JUN 20 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK