**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Trustees of Twin Cities Bakery Workers Health and Welfare Fund and Trustees of the Minnesota Bakers Union Pension Fund,

Plaintiffs,

vs.

Lincoln Baking Company,

Defendant.

**Civil No. 00-CV-167 PAM/JGL**

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED** and agreed to by and between the parties, through their respective undersigned counsel, that the above-entitled action, and all claims that were or could have been asserted therein, shall be and hereby are dismissed with prejudice and on the merits, without costs to any party. The parties also agree that the Court may enter the Order set forth below.

Dated: October 8, 2000

FAEGRE & BENSON LLP

[signature]

Ahna M. Thoresen, #270659
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendant
Lincoln Baking Company, Inc.

FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: Oct. 11, , 2000

FELHABER, LARSON, FENLON & VOGT, P.A.

Ruth Marcott

Ruth Marcott, #176825
601 Second Avenue South
Suite 4200
Minneapolis, MN 55402-4302
612/339-6321

Attorneys for Plaintiffs Trustees of Twin Cities Bakery Workers Health and Welfare Fund and Trustees of the Minnesota Bakers Union Pension Fund

* * *

**ORDER**

Upon the foregoing Stipulation,

**IT IS SO ORDERED.**

Dated: October 16, 2000

Paul A. Magnuson
Judge of United States District Court

M2:20338389.01